UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Case No:  22-01008 |
| | ) |
| Defendant No. 1: SMITH & WESSON | ) |
| M&P 40 SHIELD PISTOL, SN: HLD2588; | ) |
| | ) |
| Defendant No. 2:   Ammunition | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Duston J. Slinkard,

United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States

Attorney, brings this complaint and alleges as follows in accordance with Rule G(2) of the

Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions:

### NATURE OF THE ACTION

1.      This is an *in rem* civil action to forfeit and condemn to the use and benefit of the

United States of America the above-captioned property (hereinafter defendants), for violations of

18 U.S.C. § 922.

### THE DEFENDANTS IN REM

2.      The defendants consist of:

A.      Smith & Wesson M&P 40 Shield Pistol, SN: HLD2588; and
B.      Ammunition.

3.      The defendants were seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on or about July 22, 2021 in Wichita, Sedgwick County, Kansas, in the District of Kansas.   The defendants are currently in the custody of ATF.

## JURISDICTION AND VENUE

4.      Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendants.   This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. §1345, and over an action for forfeiture under 28 U.S.C. §1355.

5.      This Court has *in rem* jurisdiction over the defendants under 28 U.S.C. §1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. §1355(d) and Supplemental Rule G(3)(c).

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. §1395, because the defendants are located in this district.

## BASIS FOR FORFEITURE

7.      The defendants are subject to forfeiture pursuant to 18 U.S.C. § 924(d). because they are a firearm or ammunition used or involved in a violation of 18 U.S.C. §922.

8.      Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial.   Such facts and circumstances supporting the seizure and forfeiture of the defendants are contained in Exhibit A which is attached hereto and incorporated by reference.

2

## **CLAIM FOR RELIEF**

WHEREFORE, the plaintiff requests that the Court issue a warrant of arrest *in* rem for the defendants; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the defendants; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney

ANNETTE GURNEY, #11602
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
Annette.gurney@usdoj.gov

## DECLARATION

I, Justin D. Sprague, Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives in the District of Kansas, have read the contents of the foregoing Complaint for Forfeiture In Rem and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___10___ day of ___January___, 2022.

Justin D. Sprague
Special Agent
ATF

4

## AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Justin D. Sprague, (Affiant) being duly sworn, declare and state:

1.      I have been employed as a Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since December of 2013.  I am currently assigned to the Wichita Field Office in Wichita, KS.  As a Special Agent with ATF, I have attended the Federal Law Enforcement Training Center's Criminal Investigator Training Program and ATF Special Agent Basic Training.  Previous to this, I was an Industry Operations Investigator with the ATF for six years specializing in regulatory enforcement of firearms and explosives regulations.  I have two years with the Emporia Police Department as a police officer conducting daily patrol activities.  I am also a graduate from Pittsburg State University with a Bachelor of Science in Justice Studies.

2.      This affidavit is made in support of a Complaint for Forfeiture in Rem for the following property:

> A.  A Smith & Wesson M&P 40 Shield Pistol, serial number: HLD2588; and
> B.  Ammunition.

3.      The facts set forth in this affidavit are based upon my personal observations, my training and experience, information obtained from other law enforcement officers and witnesses, and other sources of information.  This affidavit is in support of a complaint for forfeiture *in rem* and does not purport to set forth all of my knowledge of or investigation into this matter.

4.      On July 22, 2021, as part of an ongoing investigation involving an international package, Special Agents with Homeland Security Investigations (HSI) and ATF, along with other law enforcement personnel conducted a controlled delivery of the package, which contained three silencers to 1548 North Park Place, Wichita, Kansas.

5.      The package was delivered to Jose Jimenez.

6.    After the package was delivered, the law enforcement personnel executed a search warrant at the residence located at 1548 North Park Place, Wichita, Kansas.  During the execution of the warrant, Jose Jimenez's wife, Jasmine De La Rosa, was also at the residence.

7.    Inside the residence were 13 firearms, approximately 26 suspected silencers (which included the three that were delivered), and approximately 1,073 rounds of ammunition.  One of the firearms was a loaded Smith & Wesson M&P 40 Shield Pistol with serial number: HLD2588 that was located inside Ms. De La Rosa's purse along with ammunition.

8.    Agents also located the following narcotics:

A.  Four plastic bags containing approximately 91.7 grams of suspected cocaine;

B.  Four plastic bags containing approximately 114.2 grams of suspected methamphetamine;

C.  Black plastic case containing a plastic bag with blue M30 pills that weighed approximately 12 grams;

D.  Five suspected THC vape cartridges inside a plastic bag in the office area;

E.  47 suspected THC cartridges located in a cardboard box in the first-floor master bedroom; and

F.  48 suspected THC cartridges located in cardboard box in hallway closet.

9.    On July 23, 2021, Jose Jimenez was charged by complaint in United States District of Kansas Case No. 21-M-6127 with possession with the intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), possession of a firearm by a prohibited person in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), possession of a firearm by a prohibited person in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A).

10.     On August 10, 2021, Jose Jimenez was indicted in Case No. 21-10063 on charges of possession with the intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), possession of a firearm by a prohibited person in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), possession of a firearm by a prohibited person in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A), possession of an unregistered firearm in violation of 26 U.S.C. § 5861(d), and smuggling goods into the United States in violation of 18 U.S.C. § 545.

11.     In an interview with HSI Special Agent Travis Putrah and myself, Jose Jimenez stated that he lived in the residence on Park Place with his wife, Jasmine De La Rosa, and his children. Jimenez further stated that he uses cocaine, ecstasy, and marijuana, and that his wife uses marijuana.

12.     Based on the foregoing, I have probable cause to believe that the Smith & Wesson M&P 40 Shield Pistol with serial number: HLD2588 that was located inside Ms. De La Rosa's purse along with the ammunition is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) as the firearm and ammunition were used in or involved in a violation of 18 U.S.C. §§ 922(g)(3).

Justin D. Sprague
Special Agent
ATF


Subscribed and sworn to before me on this 10th day of January, 2022.

Michelle Kellogg
Notary Public

My commission expires  11/02/22  .

MICHELLE R. KELLOGG
Notary Public - State of Kansas
My Appt. Expires 11/2/22

3